IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

―――――――――

No. 96-41169
(Summary Calendar)

―――――――――

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUBEN RIVERA-PASTRANA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(USDC No. L-95-CR-160)
- - - - - - - - - -
June 18, 1997
Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Ruben Rivera-Pastrana appeals his conviction for transporting undocumented aliens withing the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). Rivera argues that the district court erred in denying his motion to suppress because the United States Boarder Patrol agents lacked reasonable suspicion to justify the stop of his vehicle. We have reviewed the record and find no

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the district court in its order denying the motion to suppress.  See United States v. Rivera-Pastrana, No. L-95-160 (S.D. Tx. Oct. 13, 1995).

AFFIRMED.